IN THE U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY W. THOMAS and AWT BEAVER INDEPENDENCE DELI, INC., t/a INDEPENDENCE DELI | CIVIL DIVISION |
| | CASE NO: 04-1671 |
| Plaintiffs | The Honorable Gary L. Lancaster |
| vs. | |
| INDEPENDENCE TOWNSHIP, JOSEPH CHIODO, individually and as a member of the Independence Township Board of Supervisors, GENE FLEEGAL, individually and as a member of the Independence Township Board of Supervisors, WENDY POTTS FLEEGAL, individually and as the Secretary and Treasurer of Independence Township, FRED SCHMIDT, individually and as a member of the Independence Township Board of Supervisors, and SAM BUTLER, individually and as a member of the Independence Township Board of Supervisors, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), we, the attorneys for the respective parties, do hereby stipulate that this action is hereby dismissed with prejudice, each party to bear his, her, or

its own costs and attorney fees( including but not limited to any attorney fees and costs that might otherwise be awardable under 42 U.S.C. § 1988).

Respectfully submitted,

**TARASI & TARASI, P.C.**

By: s/ Gianni Floro
    **GIANNI FLORO  PA85837**
510 Third Avenue
Pittsburgh, PA  15219
Phone: (412) 391-7135
Fax: (412) 471-2673
**Attorneys for Plaintiffs**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: s/ Alan E. Johnson
    **ALAN E. JOHNSON  PA89690**
    aejohnson@mdwcg.com
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA  15219
Phone: (412) 803-1140
Fax: (412) 803-1188
**Attorneys for Defendants**

\I2_A\LIAB\AEJ\LLPG\442099\AEJ\16260\00350

SO ORDERED, this 29th day of December, 2006.

Gary L. Lancaster, U.S. District Judge